UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. TYNER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. DZURENDA, et al.,<br><br>    Defendants. | Case No.: 3:24-cv-00520-ART-CLB<br><br>**ORDER** |

On November 18, 2024, state prisoner Gary Tyner submitted an application to proceed *in forma pauperis* for an inmate housed at Northern Nevada Correctional Center. (ECF No. 1). But Plaintiff has not filed a complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wants to proceed with this action, he must submit a signed complaint on this Court's approved form.

It is therefore ordered that Plaintiff has **until December 19, 2024**, to submit a signed complaint to this Court.

This action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk's Office is directed to send Plaintiff Gary Tyner the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: November 19, 2024

_____
UNITED STATES MAGISTRATE JUDGE