1  AARON D. FORD
   Attorney General
2  CECELIA J. BLUE, Bar No. 17031C
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1114
5  E-mail: cblue@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. TYNER, | Case No. 3:24-cv-00520-ART-CLB |
| Plaintiff, | **ORDER GRANTNG MOTION TO CONTINUE 90-DAY STAY AND VACATE EARLY MEDIATION CONFERENCE DATE** |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

Pursuant to this Court's 90-day Stay Report Form (ECF No. 8, 10:1-4), Interested Party, the Nevada Department of Corrections ("NDOC"), by and through Counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, Office of the Attorney General, hereby move to continue the 90-day stay in this matter to October 8, 2025, and vacate the Early Mediation Conference ("EMC") date of August 19, 2025, at 8:30 a.m.

This Court entered its Screening Order (ECF No. 8) on April 3, 2025. The Order stayed the instant matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. On June 11, 2025, this Court entered a Minute Order (ECF No. 14) extending the 90-day stay to August 22, 2025. This Court also entered an order (ECF No. 13) setting the Early Mediation Conference for August 19, 2025, at 8:30 a.m., by video conference with Mediator Elliott Sattler.

///

///

Page **1**

The parties agreed to settle the case and entered into a fully executed Settlement Agreement. The parties request time to: (a) perform under the terms of the Agreement and (b) file the Stipulation and Order to Dismiss with Prejudice.

Accordingly, the Interested Party respectfully requests this Court: (a) continue the 90-day stay to October 8, 2025; and (b) vacate the EMC date of August 19, 2025, at 8:30 a.m. The Interested Party filed a **Report of the Attorney General Re: Results of 90-day Stay** (ECF No. 15) on August 15, 2025, indicating the matter has settled.

DATED this 15th day of August 2025.

AARON D. FORD
Attorney General

By: */s/ Cecelia J. Blue*
CECELIA J. BLUE, Bar No. 17031C
Deputy Attorney General

*Attorneys for Interested Party*

**IT IS SO ORDERED.**

**DATED:** August 15, 2025

_____
UNITED STATES MAGISTRATE JUDGE