UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARY W. TYNER,

                Plaintiff,

   v.

J. DZURENDA, *et al.*,

                Defendants.

Case No. 3:24-cv-00520-ART-CLB

**ORDER**

## I.    DISCUSSION

In June 2025, this Court set an Inmate Early Mediation Conference for this case. (ECF No. 13). In August 2025, the parties moved to vacate the mediation conference because they had reached a settlement agreement. (ECF No. 16). The Court vacated the mediation conference and extended the stay until October 8, 2025. (ECF No. 17).

On October 7, 2025, Plaintiff moved to continue the stay and vacate the earlier mediation conference. (ECF Nos. 18, 19). On October 8, 2025, Defendants moved to extend the stay until January 6, 2026, to finish performing the terms of the settlement agreement (ECF No. 22).

The Court grants the motions to continue the stay (ECF Nos. 18, 22) to finish executing the settlement agreement until January 6, 2026. The Court denies the motion to vacate the mediation conference (ECF No. 19) as moot because it previously did that in an earlier order.

## II.    CONCLUSION

**IT IS THEREFORE ORDERED** that the motions to continue the stay **until January 6, 2026,** (ECF Nos. 18, 22) are **GRANTED**. The Attorney General's Office will file a status report on or before January 6, 2026, about the status of the case.

**IT IS FURTHER ORDERED** that the motion to vacate the mediation (ECF No. 19) is **DENIED AS MOOT**.

**DATED**: October 28, 2025.

_____
UNITED STATES MAGISTRATE JUDGE