1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. TYNER, | Case No.  3:24-cv-00520-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | |
| JAMES DZURENDA, *et al.*, | STIPULATION TO |
| Defendants. | DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Gary W. Tyner, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

1    The Parties resolved this matter in its entirety and agree that the Court may
2   accordingly close the case, with prejudice. Any outstanding deadlines are considered
3   moot. The Parties respectfully request the Court vacate any future court date(s) and
4   order the matter closed and off call.

6   DATED this _15th_ day of August 2025.        DATED this 13th day of August 2025.
7                                                AARON D. FORD
                                                 Attorney General

9                                                By:

10
11                                               /s/ Cecelia J. Blue
     GARY W. TYNER #33401                        CECELIA J. BLUE, (Bar No. 17031C)
12   _Plaintiff_, pro se                         _Attorneys for Interested Party_

16                    **ORDER**

17   **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future
18   deadlines and court dates are vacated, and the Clerk is directed to close the case.

20                                   Anne R. Traum
21                                   United States District Judge

22                                   DATED: December 30, 2025